IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-02866-PAB-NRN | Date:  January 11, 2024 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| MICHAEL DRISCOLL, | Milo Schwab |
| Plaintiff, | |
| v. | |
| THE CITY AND COUNTY OF DENVER, a municipal entity; | Jonathan Cooper |
| CHIEF OF POLICE PAUL PAZEN, in his individual capacity, | |
| PATRICK PHELAN, in his individual capacity; | |
| RICK EBERHARTER, in his individual capacity; | |
| TIMOTHY HYATT, in his individual capacity; | Tiffany Toomey |
| CHRISTOPHER COCHRAN, in his individual capacity; | |
| MICHAEL ERICKSON, in his individual capacity; | Nicholas Poppe |
| KYLE JANOSKO, in his individual capacity; | Jonathan Abramson |
| KALEB MCCARTHY, in his individual capacity; | |
| MATTHEW DOMENICO, in his individual capacity, | |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**9:56 a.m.     Court in session.**

Court calls case. Appearances of Counsel.

Status of case discussed. Plaintiff intends to file a Motion to Amend Complaint. Defendant Janosko moves for an extension of time to disclose expert reports.

For the reasons stated on the record, it is

**ORDERED:**   The Scheduling Order is amended to extend the following deadlines:

      Defendant Janosko expert disclosures: February 12, 2024
      Rebuttal expert disclosures for other Defendants: February 12, 2024
      Plaintiff's rebuttal reports: March 11, 2024.

**10:16 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:20

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.