IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02866-PAB-NRN

MICHAEL DRISCOLL,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal entity;
CHIEF OF POLICE PAUL PAZEN, in his individual capacity,
PATRICK PHELAN, in his individual capacity;
RICK EBERHARTER, in his individual capacity;
TIMOTHY HYATT, in his individual capacity;
CHRISTOPHER COCHRAN, in his individual capacity;
MICHAEL ERICKSON, in his individual capacity;
KYLE JANOSKO, in his individual capacity;
KALEB MCCARTHY, in his individual capacity;
MATTHEW DOMENICO, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendants' Amended Unopposed Joint Motion to Modify the Scheduling Order to Increase Discovery Limitations (Dkt. #132) is GRANTED. The Scheduling Order (Dkt. #27) is AMENDED as follows.

Defendants shall be limited to 15 interrogatories, 15 requests for production, and 15 requests for admission per each "Defendant Group." There shall be four (4) "Defendant Groups," defined as follows:
1. Denver Defendants: The City and County of Denver, Chief of Police Paul Pazen, Patrick Phelan, Rick Eberharter, and Christopher Cochran
2. Timothy Hyatt
3. Kyle Janosko
4. Brighton Defendants: Michael Erickson, Kaleb McCarthy, and Matthew Domenico

Date: January 30, 2024