EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1616-RBJ

AGAZI ABAY,
GABRIEL THORN,
AMY SCHNEIDER, and
MICHAEL MCDANIEL,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
PATRICK PHELAN, FORMER DPD COMMANDER,

      Defendants.

---

**DEFENDANTS CITY AND COUNTY OF DENVER
AND PATRICK PHELAN'S INITIAL DISCLOSURES**

---

      Defendants, the City and County of Denver and Patrick Phelan ("Denver"), by and through their attorneys, hereby submit their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) as follows:

**A.**     **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANTS MAY USE TO SUPPORT THEIR DEFENSES**

      1.    Agazi Abay
              c/o Loevy & Loevy
              2060 Broadway, Suite 460
              Boulder, CO 80203
              (720) 328-5642

Agazi Abay is a plaintiff in this matter and will likely have discoverable information regarding the allegations contained in the First Amended Complaint ("Complaint"), including but not limited to incidents that occurred when plaintiff participated in the George Floyd Protest May 28-30, 2020. Plaintiff will testify regarding their alleged injuries and damages that are the subject of this lawsuit.

> 2. Gabriel Thorn
> c/o Loevy & Loevy
> 2060 Broadway, Suite 460
> Boulder, CO 80203
> (720) 328-5642

Gabriel Thorn is a plaintiff in this matter and will likely have discoverable information regarding the allegations contained in the Complaint, including but not limited to incidents that occurred when plaintiff participated in the George Floyd Protest May 29 and 31, 2020. Plaintiff will testify regarding his alleged injuries and damages that are the subject of this lawsuit.

> 3. Amy Schneider
> c/o Loevy & Loevy
> 2060 Broadway, Suite 460
> Boulder, CO 80203
> (720) 328-5642

Amy Schneider is a plaintiff in this matter and will likely have discoverable information regarding the allegations contained in the Complaint, including but not limited to incidents that occurred when plaintiff participated in the George Floyd Protest May 30 and 31, 2020, and June 1, 2020. Plaintiff will testify regarding her alleged injuries and damages that are the subject of this lawsuit.

> 4. Michal McDaniel
> Ascend Counsel, LLC
> 2401 S. Downing Street
> Denver CO 80210

(303) 888-4407

Michal McDaniel is a plaintiff in this matter and will likely have discoverable information regarding the allegations contained in the Complaint, including but not limited to incidents that occurred when plaintiff participated in the George Floyd Protest May 29, 2020. Plaintiff will testify regarding his alleged injuries and damages that are the subject of this lawsuit.

> 5. Commander Patrick Phelan
> c/o Denver City Attorney's Office
> Litigation Section
> 200 W. Colfax Ave. - Department 1108
> Denver, CO 80202
> (720) 913-3100

Commander Patrick Phelan was Incident Commander for the George Floyd protests between May 28 and June 1, 2020. He likely has discoverable information regarding the allegations contained in Plaintiffs' Complaint, including, but not limited to incidents that occurred during the protests and related events May 28 to June 2, 2020, the training and supervision he has received during his employment with Denver, and his understanding of the policies and procedures of the Denver Police Department (DPD). Commander Phelan has knowledge and information regarding the daily briefings that were provided at the beginning of each day of the protests at Headquarters. He may also provide testimony regarding Denver's training, policies, and procedures regarding crowd management, crowd control training, field force tactical training, and all related issues.

> 6. Lieutenant Robert Wyckoff
> c/o Denver City Attorney's Office
> Litigation Section
> 200 W. Colfax Ave. - Department 1108
> Denver, CO 80202
> (720) 913-3100

Lieutenant Robert Wyckoff served in the Command Post for the George Floyd protests between May 28 and 31, 2020.  Lt. Wyckoff completed After-Action Reports for protest activities occurring on all of these days. He also policed the protests and has personal knowledge regarding the events that occurred on these days—and can testify regarding the actions of the crowd and the response taken by officers. He issued a dispersal order on the first day of the protest at 14th and Sherman around 9 PM. He likely has discoverable information regarding the allegations contained in Plaintiff's Complaint, including, but not limited to incidents that occurred during the protests and related events on May 28 through May 30, 2020, circumstances surrounding uses of force by police officers on May 28 through May 30, 2020, the training and supervision he has received during his employment with Denver, and his understanding of the policies and procedures of the DPD.

> 7.  Commander Aaron Sanchez
> c//o Denver City Attorney's Office
> Litigation Section
> 200 W. Colfax Ave. - Department 1108
> Denver, CO 80202
> (720) 913-3100

Commander Aaron Sanchez was Operations Chief for District 6 during the George Floyd protests between May 29 and June 1, 2020. He also policed the protests and has personal knowledge regarding the events that occurred on these days—and can testify regarding the actions of the crowd and the response taken by officers. He has knowledge of the property damage sustained to the District 6 police station, and the efforts made by DPD officers and mutual aid jurisdictions to protect it. He likely has discoverable information regarding the allegations contained in Plaintiffs' Complaint, including, but not limited to incidents that occurred during protests and related events on May 30, 2020, District 6 operations during the protests, the training

and supervision he has received during his employment with Denver, and his understanding of the

policies and procedures of the DPD.

      8.   Lieutenant Julie Wheaton
          c/o Denver City Attorney's Office
          Litigation Section
          200 W. Colfax Ave. - Department 1108
          Denver, CO 80202
          (720) 913-3100

Lieutenant Julie Wheaton may have knowledge and information regarding the allegations

contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George

Floyd protests between May 28 and June 2, 2020. Lieutenant Wheaton has knowledge and

information regarding Denver's training, policies, and procedures regarding less lethal weapons,

including, but not limited to, pepperball launchers, 40 mm weapons, OC and CS gas cannisters,

rubber ball grenades, noise flash diversionary devices, and other munitions utilized during the

protests, and all related issues.

      9.   Commander Michael T. O'Donnell
          c/o Denver City Attorney's Office
          Litigation Section
          200 W. Colfax Ave. - Department 1108
          Denver, CO 80202
          (720) 913-3100

Commander Michael O'Donnell assisted with DPD's response to the George Floyd

protests. He also policed the protests and has personal knowledge regarding the events that

occurred on these days—and can testify regarding the actions of the crowd and the response taken

by officers. He has knowledge and information regarding Denver's training, policies, and

procedures regarding crowd management, crowd control training, and field force tactical training.

He may have information specific to past protests and related events and can compare the crowd's

violence and property destruction of the George Floyd protests with past protests. He may testify about dispersal orders, documentation of the use of force during the protests, DPD's use of body worn cameras during the protests, and the type and nature of force utilized during the protests. He also has knowledge regarding damages to DPD assets including patrol cars and to officer protective equipment.

> 10. Sergeant Mark Beveridge
> c/o Denver City Attorney's Office
> Litigation Section
> 200 W. Colfax Ave. - Department 1108
> Denver, CO 80202
> (720) 913-3100

Sergeant Mark Beveridge may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. Sergeant Beverage has knowledge and information regarding Denver's policies and procedures regarding the collection and preservation of BWC and HALO camera footage, and all related issues.

> 11. Sergeant Eric Knutson
> c/o Denver City Attorney's Office
> Litigation Section
> 200 W. Colfax Ave. - Department 1108
> Denver, CO 80202
> (720) 913-3100

Sergeant Eric Knutson may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. Sergeant Knutson has knowledge and information regarding Denver's policies, training and procedures regarding crowd management, crowd control, and field force tactical training, and all related issues. Sgt. Knutson has knowledge

and information regarding Denver's policies, training, and procedures regarding documentation of uses of force and DPD's use of body worn cameras.

    12. Technician Ryan Grothe
        Denver Police Academy
        155 N. Akron Way
        Denver, CO 80238
        (720) 913-1350

Technician Ryan Grothe may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. Technician Grothe has knowledge and information regarding Denver's training, policies, and procedures regarding less lethal weapons, including, but not limited to, pepperball launchers, 40 mm weapons, OC and CS gas cannisters, rubber ball grenades, noise flash diversionary devices, and other munitions utilized during the protests.

    13. Commander Hans Levens
        c/o Denver City Attorney's Office
        Litigation Section
        200 W. Colfax Ave. - Department 1108
        Denver, CO 80202
        (720) 913-3100

Commander Hans Levens may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. Commander Levens has knowledge and information regarding Denver's training, and policies, and procedures regarding conduct review, and policies and procedures for evaluating officer conduct. He may offer testimony regarding the steps Denver took to investigate allegations of officer misconduct during the protests and may

have factual details about completed investigations. He may also offer testimony regarding the role of the Officer of Independent Monitor.

> 14. Commander Magen Dodge
> c/o Denver City Attorney's Office
> Litigation Section
> 200 W. Colfax Ave. - Department 1108
> Denver, CO 80202
> (720) 913-3100

Commander Magen Dodge may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. Commander Dodge has knowledge and information regarding Denver's training, policies, and procedures regarding conduct review, and policies and procedures for evaluating officer conduct. Comdr. Dodge may offer testimony regarding the steps Denver took to investigate allegations of officer misconduct during the protests and may have factual details about completed investigations. She may also offer testimony regarding the role of the Officer of Independent Monitor.

> 15. Commander Jeffrey Martinez
> c/o Denver City Attorney's Office
> Litigation Section
> 200 W. Colfax Ave. - Department 1108
> Denver, CO 80202
> (720) 913-3100

Commander Jeffrey Martinez may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. He has knowledge regarding the officers who were placed on limited duty due to injuries sustained while policing the protests. He has knowledge and information about the type and seriousness of injuries officers sustained during the

protests, which included broken bones caused by rocks, bricks, chunks of concrete, bottles and other objects thrown by protesters; partial hearing loss due to explosives thrown by protesters and other injuries caused by protester instigated explosions; lacerations from broken bottles and other objects; broken bones caused by falls during pursuits of suspects; and injuries that occurred when protesters intentionally struck officers with vehicles, and all related issues. Commander Martinez has knowledge and information regarding Denver's policies, training and procedures regarding protocol for on-duty injuries. He also policed the protests and has personal knowledge regarding the events that occurred on these days—and can testify regarding the actions of the crowd and the response taken by officers.

> 16. Sergeant Robert Parsons
> c/o Denver City Attorney's Office
> Litigation Section
> 200 W. Colfax Ave. - Department 1108
> Denver, CO 80202
> (720) 913-3100

Sergeant Robert Parsons may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. He has knowledge regarding the officers who were placed on limited duty due to injuries sustained while policing the protests. He has knowledge and information about the type and seriousness of injuries officers sustained during the protests, which included bruises, broken bones and torn ligaments caused by rocks, bricks, chunks of concrete, bottles and other objects thrown by protesters; partial hearing loss due to explosives thrown by protesters; lacerations from broken bottles and other objects; broken bones caused by falls during pursuits of suspects; and injuries that occurred when protesters intentionally struck officers with vehicles, and other protest related injuries and issues.

17. Division Chief Ron Thomas
   c/o Denver City Attorney's Office
   Litigation Section
   200 W. Colfax Ave. - Department 1108
   Denver, CO 80202
   (720) 913-3100

Division Chief Ron Thomas may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. He has knowledge and information regarding Denver's policies, training and procedures regarding crowd control in the context of protests and riots and use of less lethal force in crowd control situations. He may testify regarding the training and supervision he has provided during his employment with Denver and may testify regarding DPD officers' conduct during the protests and related events, including their compliance with DPD policy and procedure. He may have knowledge of the results of disciplinary proceedings involving Denver officers relating to the protests.  He also has knowledge regarding the enforcement of the emergency curfew order issued by Mayor Michael Hancock.  He also has knowledge regarding damages to DPD assets including patrol cars and to officer protective equipment.

18. Deputy Chief Barb Archer
   c/o Denver City Attorney's Office
   Litigation Section
   200 W. Colfax Ave. – Department 1108
   Denver, CO 80202
   (720) 913-3100

Deputy  Chief Barb Archer may have knowledge and information regarding the allegations contained in Plaintiffs' Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. She has knowledge and information regarding

Denver's policies, training and procedures regarding crowd control in the context of protests and riots and use of less lethal force in crowd control situations. She was also in the command post and assisted to secure mutual aid partners to assist Denver in policing the protests. She may testify regarding the training and supervision she has received or provided during her employment with Denver and may testify regarding DPD officers' conduct during the protests and related events, including their compliance with DPD policy and procedure and officers' compliance with the First and Fourth Amendments. She may have knowledge of the results of disciplinary proceedings involving Denver officers relating to the protests. She also has knowledge regarding the enforcement of the emergency curfew order issued by Mayor Hancock. She further has information regarding the role taken by the Office of the Independent Monitor.

19. DPD Liaisons to Mutual Aid Jurisdictions, including but not limited to Sgt. John Bronson, Sgt. Kevin Ujcich, Sgt. Troy Ortega, Sgt. Jeffrey Masciangelo, Lt. J.D. Williams, Cpl. John Albergotti, Cpl. Joseph Stadler
c/o Denver City Attorney's Office
Litigation Section
200 W. Colfax Ave. - Department 1108
Denver, CO 80202
(720) 913-3100

DPD officers assigned to be liaisons to mutual aid jurisdictions, may have knowledge and information regarding the correspondence with mutual aid jurisdictions, which may concern rules of engagement, locations where assistance was needed and the provision of assistance at those locations, permitted munitions in Denver, and that officers from mutual aid jurisdictions were expected to act under their own force policies.

20. Technician Heather Hohnholz
Denver Police Department
1331 Cherokee St.
Denver, CO 80204
(720) 913-2800

Technician Heather Hohnholz served as DPD's inventory control officer in May and June 2020 and has knowledge of damages to DPD property during the George Floyd protests and related events. Damages include a window at Denver Crime Lab broken with a hatchet; a bubble camera at Police Administration Building destroyed; dozens of instances of graffiti to DPD buildings during the protests and for the three months thereafter; chain link fencing that was cut by protesters at Denver Police Academy; accordion fencing at 13th and Delaware damaged by protesters; paint thrown onto property at the same location; an incendiary device thrown at the Gang Unit at 950 Josephine Street which burned down a large section of shrubbery; and multiple patrol cars damaged or vandalized with hard objects and graffiti, and all related issues.

> 21. Matthew Woods
> Denver Department of Transportation and Infrastructure
> 201 W. Colfax Ave.
> Denver, CO 80202
> (720) 865-3051

Matthew Woods is an Engineering Project Manager with Department of Transportation and Infrastructure's (DOTI's) capital projects group and has knowledge of damages to Denver-owned property during the George Floyd protests and related events. Damaged buildings include: McNichols Building, City and County Building, Lindsay Flanigan Courthouse, Van-Cise Detention Center, Rose Andom Center, Elections Building, Denver Public Library, Webb Building, and Minoru Yasui Building. Mr. Woods can provide details regarding the destruction and vandalism to these buildings and the contents within these buildings, as well as the City's repair efforts and the costs of said repair efforts.

> 22. Beth Moyski
> Downtown Denver Business Improvement District
> 1515 Arapahoe St., #100

Denver, CO 80202
(303) 534-6161

Beth Moyski is Senior Vice President of Special Districts at the Downtown Denver Business Improvement District and has knowledge of damages to downtown property during the George Floyd protests and related events and information reported in the Summary of Protest Damages – June 1, 2020, which the organization created to document the damage, and all related issues.

23. Manager at Gart Properties
    Denver Pavilions
    500 16th St Mall Suite 10
    Denver, CO  80202
    (303) 534-6161

The Manager at Gart Properties may have knowledge of damages to downtown property, in particular the businesses at the Denver Pavillions on the 16th Street Mall, during the George Floyd protests and related events and information reported in the Summary of Protest Damages – June 1, 2020, which the organization created to document the damage, and all related issues.

24. Richard Lee
    c/o Colorado Attorney General's Office
    1300 Broadway, 10th Floor
    Denver, CO 80203
    (720) 508-6000

Richard Lee is Division Director for the Capital Assets at the Department of Personnel and Administration. He has knowledge about damages to state-owned assets and overall damage to the City of Denver during the George Floyd protests in May and June of 2020, cleanup and repairs, and the costs associated with the cleanup and repairs, along with all related issues.

25. Division Chief Robert Murphy
    Denver Fire Department
    745 W. Colfax Ave.

Denver, CO 80202
(720) 508-6000

Deputy Chief Robert Murphy assisted to secure Denver Fire Department ("DFD") buildings during the George Floyd protests, and oversaw DFD's response to many fires set by protesters in the downtown area, including inside businesses downtown, in trash cans and in dumpsters. Div. Chief Murphy may have information on damages sustained to DFD property. He was in the command post at times and can testify to the events occurring therein; he was also on the ground at times and can testify regarding the events occurring on the streets of Denver. Div. Chief Murphy will provide testimony that protesters threw objects at them while attempting to respond to fires, which prompted the need for protection from members of the DPD while responding to calls.

26. Employees of Denver Sheriff Department
    490 W Colfax Ave
    Denver, CO 80202
    (720) 337-0400

Employees of the Denver Sheriff Department ("DSD") assisted to secure DSD buildings during the George Floyd protests, and processed arrests of individuals who were taken to the Downtown Denver Detention Center. These individuals may have information on damages sustained to DSD assets and property.

27. JCSO members of the JCRS that responded to the George Floyd protests, including but not limited to Commander Brad Ingermann, Sergeant Timothy Stegink, Sergeant Anthony Hamilton, Deputy Timothy Dreith, Deputy Michael Pitton, Deputy Brian Spery, Deputy Jordan Bybee, Deputy Ryan Colley, Former Deputy Anthony Brown (as identified in the mutual aid documentation)
    c/o Jefferson County Attorney's Office, Assistant County Attorney Rebecca Klymkowsky
    100 Jefferson County Parkway, Suite 5500
    Golden, CO  89419
    (303) 271-6800

14

JCSO members of the JCRS may have information concerning JCSO policies and procedures related to mutual aid provided to the City and County of Denver during the protest response. They may testify regarding the information provided by DPD with respect to response locations, assistance with curfew enforcement, and briefings. They will have information on what uniforms JCRS team members were wearing, which included greenish/brown fatigues with a star on the shoulder, as well as a protective vest that had Sheriff designated on the chest, shoulder pads and back. The helmet was the same greenish/brown color. These individuals will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

28. Arvada Police Department members of the JCRS including but not limited to Commander Anthony Baros, Sergeant Geoff Vogel, Detective Nathaniel Neidig, Brett Clarke, Officer Alex DiDominico, Officer Robin Vinnola, Officer Dean Moretti, Jordan Griffin  (as identified in the Mutual aid documentation)
c/o Assistant City Attorney Aaron Jacks
8101 Ralston Road,
Arvada, CO 80002
(720) 898-7195

Arvada Police Department members of the JCRS may have information related to Arvada policies and procedures related to mutual aid provided to the City and County of Denver, assisting with the protest response. They may testify regarding the information provided by Denver Police Department with respect to response locations, assistance with curfew enforcement, and briefings. They will have information on what uniforms Arvada team members were wearing, which included greenish/brown fatigues with a star on the shoulder, as well as a protective vest that had Sheriff designated on the chest, shoulder pads and back. The helmet was the same greenish/brown

color. These individuals will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

26.   Golden Police Department members of the JCRS, including but not limited to Captain Drew Williams, Sergeant Mark Donohue, Officer Ryan Beale, Officer Parker Moody (as identified in the mutual aid documentation)
c/o City Attorney Kathie Guckenberger
6530 S. Yosemite Street, Suite 200
Greenwood Village, CO 80111
(303) 459-2725

Golden Police Department members of the JCRS may have information related to Arvada policies and procedures related to mutual aid provided to the City and County of Denver, assisting with the protest response. They may testify regarding the information provided by Denver Police Department with respect to response locations, assistance with curfew enforcement, and briefings. They will have information on what uniforms Golden team members were wearing, which included greenish/brown fatigues with a star on the shoulder and police on the shoulder patch, as well as a protective vest that had Sheriff designated on the chest, shoulder pads and back. The helmet was the same greenish/brown color. These individuals will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

27.   Mobile Field Force Team of the Adams County Sherriff's Department including but not limited to Division Chief Toth, Commander Karl Smalley, Commander Robert Nanney, Sgt. Chastain, Cpl. Bastien (as identified in the mutual aid documentation)
c/o County Attorney Heidi Miller
4430 Adam County Parkway
Brighton, CO  80601
(720) 523-6116

Adams' County Sheriffs' Mobile Field Force Team employees may have information related to Adams County's policies and procedures related to mutual aid provided to the City and County of Denver, assisting with the protest response. They may testify regarding the information provided by Denver Police Department with respect to response locations, assistance with curfew enforcement, and briefings. They will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

28.     Members of the Aurora Police Department including but not limited to Matthew Brukbacher, William Hummell, Delbert Tisdale Jr., Frederick Lang, Stephen Redfearn, Myshell Bolton, Anthony Spano, Joshua Winters, Cory Budaj, Lance Dryer, Christopher Schipke, Patrick Shaker, Matthew Campbell, Jason Rosenblatt, Nathan Woodyard, Richard McDonald, Daniel Child, Ryan Stoller, Nicholas Wilson, Ryan Sweeny, Austin Runyon, Kevin Manley, Alex Eisaman, Paul Davis, Josiah Coe, Rhett Fox, Ralph Knight, Brent Maksyn, Scott Osgood, Daniel Smick, Brandt Smith, Luke Ingersoll, Caleb Parrella, Cassidee Carlson, Eric Dunston, Christopher Amsler, Matthew Alcorta, Gergely Boros, Cody Brown, Jason Bubna, Darren Chamberlad, Michael Enriquez, Richard Garcia, Rosa Lemus, Dale Leonard, David McNamee, Jeremiah Miles, Adam Prince, James Queisner, Randy Roedema, Kaycie Sawyer, Patricio Serrant, Justin Shipley, Brandt Smith, James Waselkow, Brett Iske, Thomas Allen, Andres Cardenas, Nicholas Lesnansky, Caleb Luallin, Kenneth Preseton, Delbert Tisdale (as identified in the mutual aid documentation and media)
c/o Isabelle Evans
15001 E. Alameda Avenue
Aurora, CO 80012
(303) 739-6113

Aurora Police Department employees may have information related to Aurora Police Department's policies and procedures related to mutual aid provided to the City and County of Denver, assisting with the protest response. They may testify regarding the information provided by Denver Police Department with respect to response locations, assistance with curfew enforcement, and briefings. They will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

29. Members of the Commerce City/Brighton Police Department including but not limited to Erickson, J. Anderson, Walkinshaw, Garcia, Painter, Agho, McCarthy, Ahlem, Janosko, Fleming, Cathcart, Calvano, Fender, Brascetta, Quayle, Mudloff, Ottoway, Adams, Wooten, Kim MPAP, Anderson, Domenico, McCoy, Flynn, Rodriquez, Neville, Portillo (as identified in the mutual aid documentation)

c/o Matt Hader, Deputy City Attorney
7887 E. 60th Ave
Commerce City, CO  80022
(303) 289-8130

c/o Alicia Calderon, City Attorney
500 S. 4th Ave
Brighton, CO  80601
(303) 655-2262

Commerce City/Brighton Police Department employees may have information related to Aurora their Department's policies and procedures related to mutual aid provided to the City and County of Denver, assisting with the protest response. They may testify regarding the information provided by Denver Police Department with respect to response locations, assistance with curfew enforcement, and briefings. They will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

30. Members of the Colorado State Patrol, including but not limited to Phillip Vigil, Eric Wynn, Chief Packard, Captain Burt, Captain Dittman, Major Ansari, LTC Barba, Col. Bratt, Major Swell, Chief of Staff Allen, Camie Willes, Gino Cisneros, Dan Mueller, Duane Burton, Brandon Noel, Harold Johnson, Jason Morales, Ed Papilla, Ryan Holmes, Garrett Sampson, Jeffrey Gowin, Cory Vanzant, Allen Minturn, Randy Noftsger, Jeffrey Gowin, Laurence Thomas, Jay Hemphil, Johnathan Melson, John Burt, Don Enloe, Justin McGraw, Colton Hernandez, Lemarcus Bullock, Aaron Limburg, Lance Curry, Scott Liska, Colin Fowler, Carlos Reyes-Almonte, Robbin Sullivan, Mark Fisher, Robert Ruether, Ryan Boone, William Barkley, Charles Jones, David Copley, Kevin Cochran, Adam Williams, Paul Guzman, Danny Elder, Kevin Rae, Matt Beaudin, Andrew Gasparovic, Matthew Normandin, Christopher Gonzales, Matthew Ritchey-Wilson, Raymond Crossno, Jonathan Barba, Kyle Ross, Ryan Bennie, Raylor Blanscet, Brandon Novy, Thomas Major, Jordan Tinajera, Jacob Cleveland, Major Steve Garcia, Captain Dimberger, Captain Haley, Colonel Downing,  Charlie Kornhauser, Jeremy Hostetter, Heidi Jewett, Brandon Means, Randy Nortsger, Haas Pratt,

18

Bryan Larreau, Jeremy Harrington, Bryan Muri, Jack Rahtankon, Cyrus Mathenge, Mark Savage, Chat Hunt, Darrell Aulston, Dakan Wedley, Umair Cheema, Jeffrey Gowin, Brad Rhodes, Jason Vardo, Dan Bozung, Cameron Gill, Laurence Thomas, David Makowski, Christopher Wu, Venessa Valdez, Robbin Sullivan, Steve Hodge, Ed Oadukkam Darrekk Salberg, Dennis Wilder, Brian Keller, Matthew Molesworth, Sarah Hargreaves, Brandi Turner-Hudson, Brian Walters, Kelby Siegried, Vigil Phillip, Brendan Digeroge, Jonathan Higgs, Filho Demoura, Michael Baker, Gregory Davey, Joe Hurt, James Barry,  Rusty Sanchez, Kevin Bagley, William Caldwell, Toby Cox, Shane Johnson, James Greninger, James Wise, Jason Greninger, David Hachenberber, Joe Dirnberger, Jordan Maas, Dan Eidenmueller, Charlie Kornhauser, Victor Sargenti, Louis Gustafson, Patrick Williams, Geoffrey Keeling, Michael Hill, Patrick Williams, Kristopher Kumba, Joeseph Cantando, Jason Alvadaro, Garrett Sampson, Justin Vickery, Carlos Reyes-Almonte, Rob Hampton, Crystal Crenshaw, Christopher Simpson, Edward Gawkoski, Alec Barkley, Jeremy Miller, Colonel Barry Bratt, Phillip Gurley, Tye Simcox, Darrell Salberg, Clint Hammond, Christopher Dierker, Jayme Peel, Douglas Kline, John Burt, Andrew Salamun, Taylor Blanscet, Stacey Zuel, Collin Endres, John Stark, Jeremy Langrand, Clint Rushing, Adam Williams, Leonard Dittman, Eduardo Gomez, Patrick Williams, Jay Hemphill, Brian Abbrecht, Timothy Sutherland, Justin Vickrey, Jeff Sewell, Afsoon Ansari, Caleb Simon, Rocco Domenico, Jason Jones, Richard Krantz, Brittany Wheeler, Kyle Tetu, Jonathan Smith, Cody Crowder, Adam Winter, Brandon Novy, Patrick Williams, Ian Jones, John Owens, Travis Hood, Anthony Tarantino, Ryan Veach, James Work, Ed Padilla  (as identified in the mutual aid documentation).
c/o Kathleen Spalding
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203
(720) 508-6634

Colorado State Patrol is an agency separate and apart from DPD, that is present and responsible for security of the Colorado State Capitol and Capitol Grounds, including Veterans Park.  They carry their own munitions, including pepperball and chemical agents, and operate under their own direction, policies and procedures, in policing Capitol Grounds. They were present and engaged in protecting Capitol grounds on all days of the George Floyd Protests, including May 28-June 1, 2020. They will have information their troops response locations, use of less lethal munitions, and scenarios they encountered. They will have information regarding the

differentiating characteristics of their uniforms, which include CSP patches on the shoulder, and on some uniforms, have the word Trooper. They will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred. They will provide testimony on the type of munitions utilized by CSP Troopers, including but not limited to triple chasers, MK4 spray, MK9 Spray, smoke, gas, 40 mm with foam rounds, pepperball guns, batons, and other less lethal munitions.

31.  Heavy Equipment Operators from the Department of Transportation and Infrastructure ("DOTI")
Fleet Management
5440 Roslyn Street, Building C
Denver, CO  80216
(720) 865-3900

Fleet operators from Denver's DOTI assisted to remove rocks on the south side of Civic Center Station on May 30, 2020 from approximately 5 pm – 7 pm. These individuals may have information on events occurring at this location and efforts being made by City Employees to remove the rocks that were being thrown at individuals.

32.  Capt. David Quinones
Denver Police Department
1331 Cherokee St.
Denver, CO 80204
(720) 913-6010

Captain David Quinones may have knowledge and information regarding the allegations contained in Plaintiff's Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. Capt. Quinones was in charge of traffic operations and the traffic management plan during the protests, and has information about DPD's attempts to re-direct traffic away from protest related activity. He may also provide detail regarding

instances where protesters surrounded police officers, threatening and taunting them and damaging the police vehicle.

33.     Bob Baker
        Colorado Peace Officer Standards and Training (POST)
        1300 Broadway, 9th Floor
        Denver, CO 80203
        (720) 508-6721

Bob Baker, or other trainers at Colorado POST, may have knowledge and information regarding the mandated training required of the yearly mandated training required by peace officers, including 24 hours of yearly training, 12 of which must be in the area of perishable skills according to Rule 28. He may also have information on C.R.S. 24-31-315, which requires training in de-escalation, community policing and partnership, anti-bias, and proper holds and restraints at least once every five years.

34.     Murphy Robinson (Retired)
        Denver Department of Public Safety
        Denver Police Department
        1331 Cherokee St.
        Denver, CO 80204
        (720) 913-6010

At the time of the George Floyd protests, Murphy Robinson was the Executive Director of the Department of Public Safety, which is tasked with oversight of the agencies that are charged with protecting the Denver community. He has knowledge and information regarding the allegations contained in Plaintiff's Complaint including, but not limited to, incidents that occurred during the protests on May 28, 2020 – June 2, 2020, the training and supervision he and other officers received during employment with Denver, and his understanding of the policies and procedures of the Denver Police Department. He is familiar with the policies and procedures of Denver, and the revisions and modification that suggested and made following the protests.

35.   Representative from Denver Health and Hospital Authority
      c/o Enid Wade, General Counsel
      777 Bannock Street
      Denver, CO  80204

A representative of Denver Health was present in the Command Post to assist with the plan

formulation for emergency medical services. Other representatives of Denver Health treated both

injured officers and injured protesters during the protests, and can provide information and details

regarding the treatment and injuries provided.

36.   One or more representatives of NBC 9 News Denver
      500 E. Speer Blvd
      Denver, CO  80203
      (303) 871-9999

One or more reporters, camera-people, or representatives of 9 News were present at the

George Floyd protests to reports on the events occurring. The reporters and camera-people, or

representatives may have personal knowledge regarding the events that occurred on the days of

the George Floyd protests they attended—and can testify regarding the actions of the crowd and

the response taken by officers. They may authenticate and lay a foundation for the new coverage

recorded and may verify the statements made at the time of the events.

37.   One or more representatives of CBS News 4 Denver
      1044 Lincoln Street
      Denver, CO 80203
      (303) 861-4444

One or more reporters, camera-people, or representatives of CBS News 4 were present at

the George Floyd protests to reports on the events occurring. The reporters and camera-people, or

representatives may have personal knowledge regarding the events that occurred on the days of

the George Floyd protests they attended—and can testify regarding the actions of the crowd and

the response taken by officers. They may authenticate and lay a foundation for the new coverage

recorded and may verify the statements made at the time of the events.

38.   One or more representatives of Fox 31 News Denver
      100 E. Speer Blvd
      Denver, CO  80203
      (303) 595-3131

One or more reporters, camera-people, or representatives of Fox 31 News were present at the George Floyd protests to reports on the events occurring. The reporters and camera-people, or representatives may have personal knowledge regarding the events that occurred on the days of the George Floyd protests they attended—and can testify regarding the actions of the crowd and the response taken by officers. They may authenticate and lay a foundation for the new coverage recorded and may verify the statements made at the time of the events.

39.   Sgt. Jason Carrigan
      Denver Police Department
      1300 Cherokee Street
      Denver, CO  80202
      (720) 913-6236

Sgt. Carrigan is a member of the Bomb Squad of the Special Operations Division of the Denver Police Department. He may present testimony on the identify of DPD's munitions, including grenadier munitions, including but not limited to noise flash diversionary devices, rubber ball grenades, smoke and gas cannisters, or other devised utilized by DPD. Sgt. Carrigan may also testify that the same type of less lethal munitions utilized by DPD are also widely available to civilians, even without a permit, or off Amazon. He may testify regarding the appearance and characteristics of fireworks, mortar, or civilian made bombs, identifying them on video during the protests.

40.   Detective Kurt Peterson
      Denver Police Department
      1300 Cherokee Street

23

Denver, CO  80202
(720) 913-6236

Detective Peterson has specialized experience in fireworks. He has graduated the 2 year Alcohol Tobacco Firearms and Explosives program and is a Certified Explosive Specialist. He has been present for the production of home made explosives and fireworks, has details of how they are made and how we can be positive of the type of charge from the photographic evidence. He may present testimony on the identify of DPD's munitions, including grenadier munitions, including but not limited to noise flash diversionary devices, rubber ball grenades, smoke and gas cannisters, or other devised utilized by DPD. Detective Peterson may also testify that the same type of less lethal munitions utilized by DPD are also widely available to civilians, even without a permit, or off Amazon. He may testify regarding the appearance and characteristics of fireworks, mortar, or civilian made bombs, identifying them on video during the protests.

41.    Any witness necessary to authenticate documents.

42.    Any person identified in any deposition, answer to interrogatory, response to request for production, response to request for admission, or document produced in this case by any party or any third-party responding to a subpoena.

43.    Any witness identified between now and the start of trial.

44.    Any witness, including experts, who may be required as rebuttal witnesses based on the testimony of Plaintiff's witnesses.

45.    Any additional 30(b)(6) witness, as designated by Denver, to testify as to Denver's policies, practices, and/or customs as they pertain to the allegations at issue in this matter.

46.    Any witness identified or disclosed by Plaintiffs; and

47.     Any witness identified or disclosed by Co-Defendants.

**B.**     **DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS THAT DEFENDANTS MAY USE TO SUPPORT THEIR DEFENSES**

The documents and evidence described below are maintained in the office of the undersigned counsel and are being produced via email concurrently with these initial disclosures. Denver reserves the right to supplement this information during the applicable discovery period.

1.     DPD - Operations Manual (Rev 05-19) (PROTEST-POLICY-00001-805)

2.     DPD - Disciplinary Handbook (Rev. 05-19) (PROTEST-POLICY-000806-915)

3.     DPD Recruit Training on Crowd Control (PROTEST-TRAINING-000001-635)

4.     DPD Recruit Training - Chemical Agents (PROTEST-TRAINING-000636-654)

5.     Denver Police Department Crowd Control Manual in effect during George Floyd Protests. (PROTEST-TRAINING-000655-698)

6.     Training Bulletin 6.6.19 1st Amendment (updates) (PROTEST-TRAINING-000699-701)

7.     Field Force Refresher CONFIDENTIAL (DEN002109). (PROTEST-TRAINING-000702)

8.     Training Bulletin 8.16.18 1st Amendment (PROTEST-TRAINING-000703-706)

9.     40mm operator course (PROTEST-TRAINING-000707-823)

10.     Pepperball operator course (PROTEST-TRAINING-000824-947)

11.     Field Force Leadership Training (PROTEST-TRAINING-000948-1098)

12.     Crowd Management Training for Supervisors (PROTEST-TRAINING-001099-1180)

13.     Safariland Less Lethal Munition "Train the Trainer" materials (PROTEST-TRAINING-001181-1313)

14.     Denver Police Department Protest Event CAD reports dated May 28, 2020, May

29, 2020, and May 30, 2020. (PROTEST-CAD-052820-000001-17; PROTEST-CAD-052920-000001-18; PROTEST-CAD-053020-000001-23)

15. After Action Reports for May 28, 2020, May 29, 2020, and May 30, 2020. (PROTEST-AAR-EVENTS-052820-000001-3; PROTEST-AAR-EVENTS-052920-0000001-4; PROTEST-AAR-EVENTS-053020-000001-3; and PROTEST-AAR-MUNITIONS-052820-000001-2; PROTEST-AAR-MUNITIONS-052920-000001-2; PROTEST-AAR-MUNITIONS-053020-000001-2)

16. DPD Less Lethal Munition Certification Roster during George Floyd Protests (PROTEST-LLCERT-1-17

17. Denver Police Department Operations Plan for May 28, 2020, May 29, 2020, and May 30, 2020. (PROTEST-OPSPLAN-052820-000001-12; PROTEST-OPSPLAN-052920-000001-12; PROTEST-OPSPLAN-053020-000001-13)

18. Telestaff for May 28, 2020, May 29, 2020, and May 30, 2020. (PROTEST-TELESTAFF-052820-000001-46; PROTEST-TELESTAFF-052920-000001-42; PROTEST-TELESTAFF-053020-000001-52)

19. Chemical Agent Timeline - George Floyd Protests for May 28, 2020, May 29, 2020, and May 30, 2020. (PROTEST-TIMELINE-052820-000001-000003; PROTEST-TIMELINE-052920-000001-000004; PROTEST-TIMELINE-053020-000001-000006)

20. Air One from May 28, 2020, May 29, 2020, and May 30, 2020. (PROTEST-AIRONE-052820-000001-3; PROTEST-AIRONE-052920-000001-5; PROTEST-AIRONE-053020-000001-7)

21. Letter from Taser re: functionality of Axon BWC (PROTEST-BWC-0000001)

22. Colorado State Patrol Video Footage and/or Radio from May 28, 2020, May 29, 2020, and May 30, 2020. (PROTEST-CSP-VIDEO-5.28.20-000001-21; PROTEST-CSP-VIDEO-5.29.20-000001-22; PROTEST-CSP-VIDEO-5.30.20-000001-19; PROTEST-CSP-RADIO-5.28.20-000001-7; PROTEST-CSP-RADIO-5.29.20-000001-9; PROTEST-CSP-RADIO-5.30.20-000001-11)

23. Documents produced by Colorado State Patrol (PROTEST-CSP-1-640)

24. Mutual Aid Reports (PROTEST-AID-ADAMS-000001-22; PROTEST-AID-ARVADA-000001-37; PROTEST-AID-AURORA-000001-96; PROTEST-AID-CCBRIGHTON-000001-10; PROTEST-AID-GOLDEN-000001-17; PROTEST-

AID-JEFFCO-000001-35).

25.    Documents and media produced from Mutual Aid Jurisdiction Arapahoe (PROTEST-AID-ARAPAHOE-000001-656)

26.    Media produced from 9 News (PROTEST-NEWS-NBC-1-52)

27.    Media produced from CBS 4 (PROTEST-NEWS-CBS-1-33)

28.    Media produced from Fox31 News (PROTEST-NEWS-FOX-1-38)

29.    Office of the Internal Monitor Report on Police Response to Protests (PROTEST-OIM-000001-94).

30.    30(B)(6) Deposition Materials from *Epps v. City and County of Denver*, 20cv-01878-RBJ, including Notices, correspondence reflecting agreed upon limitations, and deposition transcripts. (PROTEST-DEN30(B)(6)-000001-184)

31.    Records from Denver Sheriff Department reflecting agency assisting response (PROTEST-DSD-000001-119)

32.    Records from Denver Fire Department reflecting agency assisting response (PROTEST-DFD-000001-83)

33.    Any records marked, used or discussed in depositions.

34.    Any document or record disclosed by any other party or third-party pursuant to a subpoena.

35.    Any documents obtained through discovery.

36.    Any documents necessary for rebuttal, impeachment or to refresh recollection.

## C.  COMPUTATION OF ANY DAMAGES

Denver has made no claim for damages but reserves the right to seek attorney fees and costs related to the defense of this matter pursuant to law.

## D.  INSURANCE

The City and County of Denver is a self-insured governmental entity.

DATED this 21st day of July, 2022.

Respectfully submitted,

By:  *s/ Geoffrey Klingsporn*
Conor D. Farley, Assistant City Attorney
Geoffrey Klingsporn, Assistant City Attorney
Denver City Attorney's Office, Civil Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
(720) 913-3100
Facsimile: (720)913-3182
conor.farley@denvergov.org
geoffrey.klingsporn@denvergov.org
*Counsel for Defendant City and County of Denver and Patrick Phelan*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of July, 2022, I electronically served the foregoing **DEFENDANTS CITY AND COUNTY OF DENVER AND PATRICK PHELAN'S INITIAL DISCLOSURES** via email to the following:

Edward Milo Schwab, Esq.
Ascend Counsel, LLC
milo@ascendcounsel.co
*Counsel for Plaintiff McDaniel*

Elizabeth Wang
Loevy & Loevy
elizabethw@loevy.com
*Attorneys for Plaintiffs Abay, Schneider and Thorn*

*s/ Sarah Peasley*
Denver City Attorney's Office